# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0138
Lower Tribunal No. 2022-CA-000069

_____

PROGRESSIVE AMERICAN INSURANCE COMPANY,

Appellant,

v.

MARY ALDERMAN,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Chad K. Alvaro, Judge.

June 2, 2026

PER CURIAM.

AFFIRMED.

NARDELLA, GANNAM and KAMOUTSAS, JJ., concur.

Alyssa M. Reiter, of Wicker Smith O'Hara McCoy & Ford, P.A., Fort Lauderdale, for Appellant.

David L. Luck, of Morgan & Morgan, Miami, and Ravin Sahadeo and Ryan P. Rudd, of Morgan & Morgan, Orlando, for Appellee.

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED